Nike, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 20-cv-00688

# Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | agcv85 | 2 | akingimin_8 |
| 3 | alistore2018 | 4 | allthewayup188 |
| 5 | all-your-shoes | 6 | amamei |
| 7 | amawei | 8 | angelmoon2013 |
| 9 | asxdasd | 10 | awsud66 |
| 11 | baishangold666 | 12 | bayefashion |
| 13 | beautiful-361 | 14 | bijou_top_shop |
| 15 | blessedness_shop | 16 | brandshooes2018 |
| 17 | brucefashion | 18 | cf9662 |
| 19 | changji9988 | 20 | cjzh201988 |
| 21 | cos-world-li1 | 22 | csf56f9 |
| 23 | dafacai666 | 24 | dandan726 |
| 25 | dehg_58 | 26 | djxp8236 |
| 27 | dongliang-188 | 28 | dongsh-636 |
| 29 | eds7600 | 30 | efljfn |
| 31 | eniaouw20379 | 32 | f9d-60 |
| 33 | factorystore1776 | 34 | faith5891 |
| 35 | fanchenglong1683 | 36 | fashionm-5188 |
| 37 | fashion-products-wigs | 38 | fashionshop-5158 |
| 39 | felice-98 | 40 | fengyan11 |
| 41 | fengyuyulo | 42 | fhy196 |
| 43 | firefly2019 | 44 | front-online |
| 45 | fru-55 | 46 | frue_lc |
| 47 | goodaprilnrmv | 48 | gooddonadela |
| 49 | good-good1 | 50 | guangjinqianyuan |
| 51 | gyfb222562_2 | 52 | hailon-45 |
| 53 | haozhidaer0 | 54 | happy_shopping2020 |
| 55 | hcxa228 | 56 | hea1985 |
| 57 | hk_0000 | 58 | honestbjww |
| 59 | hongweishq | 60 | hotzsl |
| 61 | houkun12 | 62 | huy1157368 |
| 63 | ifzug59 | 64 | jiongjiong6688 |
| 65 | k96-75 | 66 | kibf666333-9 |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 67 | kjsydy | 68 | kouc886 |
| 69 | laoliu666 | 70 | leizongwaimao |
| 71 | liantonghuaqi_9 | 72 | licwa_0 |
| 73 | linwan_24 | 74 | lixuy_56 |
| 75 | ljp-17 | 76 | luxury666 |
| 77 | mabao2007 | 78 | mdr632 |
| 79 | meet1991 | 80 | mengdinawenhua |
| 81 | mindarjudy317 | 82 | minghaochang_dz |
| 83 | minghua_93 | 84 | mingqi_6677 |
| 85 | mingtian9914 | 86 | mirrorfashion |
| 87 | mpakx999 | 88 | myl-sz3 |
| 89 | naos7266 | 90 | new-york-212 |
| 91 | ningning988 | 92 | ntclothing |
| 93 | nxrbn-4 | 94 | pcashop1 |
| 95 | pengfengdianshang2019 | 96 | pengxiang01 |
| 97 | qipeng22 | 98 | quanliges188 |
| 99 | qzrktrade | 100 | qzzcf001 |
| 101 | qzzcf002 | 102 | rainbow608 |
| 103 | ranliranqiwig1988 | 104 | regina12168 |
| 105 | rijian83 | 106 | rwfh2134982 |
| 107 | sdb5886 | 108 | sdplink |
| 109 | shafeng1314 | 110 | shaohuababyonlinedress |
| 111 | shop55889 | 112 | shopcenter2017 |
| 113 | shops_8 | 114 | shuanglin65 |
| 115 | shuorui1 | 116 | shuorui2 |
| 117 | slere-76 | 118 | sneakers823 |
| 119 | sportfashion18 | 120 | sports16888 |
| 121 | srz8866 | 122 | strongqiang1995 |
| 123 | struggle1886 | 124 | super7market |
| 125 | supme_shoes | 126 | to-dew235 |
| 127 | tybf6898522 | 128 | ussneakers |
| 129 | vitikeshoes | 130 | vova-fashion2007 |
| 131 | vpmaxshoes | 132 | wanyuzl-2 |
| 133 | wasielewskifelton | 134 | weiwei1316 |
| 135 | wen470745475 | 136 | whu_y05 |
| 137 | wrdq6908 | 138 | wumenakuan |
| 139 | wuyang558883 | 140 | wxfeng20168 |
| 141 | xinnuo789 | 142 | xiuzh721 |
| 143 | xixd43 | 144 | xrz5932151_0 |
| 145 | xufengwis661 | 146 | xuwenhaoq |

| No. | Seller Aliases |
|---|---|
| 147 | xvmf3798 |
| 149 | yaic_w_5 |
| 151 | yjy218 |
| 153 | yongyao1886 |
| 155 | yrfashion1 |
| 157 | zhanghuihui1989 |
| 159 | zhangzeyi_1 |
| 161 | zhii2288 |
| 163 | zhuang89 |
| 165 | zuoti-86 |
| 167 | 5.14518 |
| 169 | 5073283 |
| 171 | 2015chameleon |
| 173 | 2020_hot |
| 175 | 45kmo12cc8866521 |
| 177 | 5want4you |

| No. | Seller Aliases |
|---|---|
| 148 | xxhh188 |
| 150 | yidin-95 |
| 152 | yongwang330 |
| 154 | youngdaily |
| 156 | zhanghongzhang |
| 158 | zhangqi5486zhongkun |
| 160 | zhengjj52585-4 |
| 162 | zhon-7378 |
| 164 | zhuch66 |
| 166 | zzx1979_3 |
| 168 | 1485261 |
| 170 | 12newday12 |
| 172 | 2018_hot |
| 174 | 4_02574 |
| 176 | 5buy5uk |
| 178 | 88.rkggw |

| No. | Online Marketplaces |
|---|---|
| 1 | ebay.com/usr/agcv85 |
| 3 | ebay.com/usr/alistore2018 |
| 5 | ebay.com/usr/all-your-shoes |
| 7 | ebay.com/usr/amawei |
| 9 | ebay.com/usr/asxdasd |
| 11 | ebay.com/usr/baishangold666 |
| 13 | ebay.com/usr/beautiful-361 |
| 15 | ebay.com/usr/blessedness_shop |
| 17 | ebay.com/usr/brucefashion |
| 19 | ebay.com/usr/changji9988 |
| 21 | ebay.com/usr/cos-world-li1 |
| 23 | ebay.com/usr/dafacai666 |
| 25 | ebay.com/usr/dehg_58 |
| 27 | ebay.com/usr/dongliang-188 |
| 29 | ebay.com/usr/eds7600 |
| 31 | ebay.com/usr/eniaouw20379 |
| 33 | ebay.com/usr/factorystore1776 |
| 35 | ebay.com/usr/fanchenglong1683 |
| 37 | ebay.com/usr/fashion-products-wigs |
| 39 | ebay.com/usr/felice-98 |

| No. | Online Marketplaces |
|---|---|
| 2 | ebay.com/usr/akingimin_8 |
| 4 | ebay.com/usr/allthewayup188 |
| 6 | ebay.com/usr/amamei |
| 8 | ebay.com/usr/angelmoon2013 |
| 10 | ebay.com/usr/awsud66 |
| 12 | ebay.com/usr/bayefashion |
| 14 | ebay.com/usr/bijou_top_shop |
| 16 | ebay.com/usr/brandshooes2018 |
| 18 | ebay.com/usr/cf9662 |
| 20 | ebay.com/usr/cjzh201988 |
| 22 | ebay.com/usr/csf56f9 |
| 24 | ebay.com/usr/dandan726 |
| 26 | ebay.com/usr/djxp8236 |
| 28 | ebay.com/usr/dongsh-636 |
| 30 | ebay.com/usr/efljfn |
| 32 | ebay.com/usr/f9d-60 |
| 34 | ebay.com/usr/faith5891 |
| 36 | ebay.com/usr/fashionm-5188 |
| 38 | ebay.com/usr/fashionshop-5158 |
| 40 | ebay.com/usr/fengyan11 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 41 | ebay.com/usr/fengyuyulo | 42 | ebay.com/usr/fhy196 |
| 43 | ebay.com/usr/firefly2019 | 44 | ebay.com/usr/front-online |
| 45 | ebay.com/usr/fru-55 | 46 | ebay.com/usr/frue_lc |
| 47 | ebay.com/usr/goodaprilnrmv | 48 | ebay.com/usr/gooddonadela |
| 49 | ebay.com/usr/good-good1 | 50 | ebay.com/usr/guangjinqianyuan |
| 51 | ebay.com/usr/gyfb222562_2 | 52 | ebay.com/usr/hailon-45 |
| 53 | ebay.com/usr/haozhidaer0 | 54 | ebay.com/usr/happy_shopping2020 |
| 55 | ebay.com/usr/hcxa228 | 56 | ebay.com/usr/hea1985 |
| 57 | ebay.com/usr/hk_0000 | 58 | ebay.com/usr/honestbjww |
| 59 | ebay.com/usr/hongweishq | 60 | ebay.com/usr/hotzsl |
| 61 | ebay.com/usr/houkun12 | 62 | ebay.com/usr/huy1157368 |
| 63 | ebay.com/usr/ifzug59 | 64 | ebay.com/usr/jiongjiong6688 |
| 65 | ebay.com/usr/k96-75 | 66 | ebay.com/usr/kibf666333-9 |
| 67 | ebay.com/usr/kjsydy | 68 | ebay.com/usr/kouc886 |
| 69 | ebay.com/usr/laoliu666 | 70 | ebay.com/usr/leizongwaimao |
| 71 | ebay.com/usr/liantonghuaqi_9 | 72 | ebay.com/usr/licwa_0 |
| 73 | ebay.com/usr/linwan_24 | 74 | ebay.com/usr/lixuy_56 |
| 75 | ebay.com/usr/ljp-17 | 76 | ebay.com/usr/luxury666 |
| 77 | ebay.com/usr/mabao2007 | 78 | ebay.com/usr/mdr632 |
| 79 | ebay.com/usr/meet1991 | 80 | ebay.com/usr/mengdinawenhua |
| 81 | ebay.com/usr/mindarjudy317 | 82 | ebay.com/usr/minghaochang_dz |
| 83 | ebay.com/usr/minghua_93 | 84 | ebay.com/usr/mingqi_6677 |
| 85 | ebay.com/usr/mingtian9914 | 86 | ebay.com/usr/mirrorfashion |
| 87 | ebay.com/usr/mpakx999 | 88 | ebay.com/usr/myl-sz3 |
| 89 | ebay.com/usr/naos7266 | 90 | ebay.com/usr/new-york-212 |
| 91 | ebay.com/usr/ningning988 | 92 | ebay.com/usr/ntclothing |
| 93 | ebay.com/usr/nxrbn-4 | 94 | ebay.com/usr/pcashop1 |
| 95 | ebay.com/usr/pengfengdianshang2019 | 96 | ebay.com/usr/pengxiang01 |
| 97 | ebay.com/usr/qipeng22 | 98 | ebay.com/usr/quanliges188 |
| 99 | ebay.com/usr/qzrktrade | 100 | ebay.com/usr/qzzcf001 |
| 101 | ebay.com/usr/qzzcf002 | 102 | ebay.com/usr/rainbow608 |
| 103 | ebay.com/usr/ranliranqiwig1988 | 104 | ebay.com/usr/regina12168 |
| 105 | ebay.com/usr/rijian83 | 106 | ebay.com/usr/rwfh2134982 |
| 107 | ebay.com/usr/sdb5886 | 108 | ebay.com/usr/sdplink |
| 109 | ebay.com/usr/shafeng1314 | 110 | ebay.com/usr/shaohuababyonlinedress |
| 111 | ebay.com/usr/shop55889 | 112 | ebay.com/usr/shopcenter2017 |
| 113 | ebay.com/usr/shops_8 | 114 | ebay.com/usr/shuanglin65 |
| 115 | ebay.com/usr/shuorui1 | 116 | ebay.com/usr/shuorui2 |
| 117 | ebay.com/usr/slere-76 | 118 | ebay.com/usr/sneakers823 |
| 119 | ebay.com/usr/sportfashion18 | 120 | ebay.com/usr/sports16888 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 121 | ebay.com/usr/srz8866 | 122 | ebay.com/usr/strongqiang1995 |
| 123 | ebay.com/usr/struggle1886 | 124 | ebay.com/usr/super7market |
| 125 | ebay.com/usr/supme_shoes | 126 | ebay.com/usr/to-dew235 |
| 127 | ebay.com/usr/tybf6898522 | 128 | ebay.com/usr/ussneakers |
| 129 | ebay.com/usr/vitikeshoes | 130 | ebay.com/usr/vova-fashion2007 |
| 131 | ebay.com/usr/vpmaxshoes | 132 | ebay.com/usr/wanyuzl-2 |
| 133 | ebay.com/usr/wasielewskifelton | 134 | ebay.com/usr/weiwei1316 |
| 135 | ebay.com/usr/wen470745475 | 136 | ebay.com/usr/whu_y05 |
| 137 | ebay.com/usr/wrdq6908 | 138 | ebay.com/usr/wumenakuan |
| 139 | ebay.com/usr/wuyang558883 | 140 | ebay.com/usr/wxfeng20168 |
| 141 | ebay.com/usr/xinnuo789 | 142 | ebay.com/usr/xiuzh721 |
| 143 | ebay.com/usr/xixd43 | 144 | ebay.com/usr/xrz5932151_0 |
| 145 | ebay.com/usr/xufengwis661 | 146 | ebay.com/usr/xuwenhaoq |
| 147 | ebay.com/usr/xvmf3798 | 148 | ebay.com/usr/xxhh188 |
| 149 | ebay.com/usr/yaic_w_5 | 150 | ebay.com/usr/yidin-95 |
| 151 | ebay.com/usr/yjy218 | 152 | ebay.com/usr/yongwang330 |
| 153 | ebay.com/usr/yongyao1886 | 154 | ebay.com/usr/youngdaily |
| 155 | ebay.com/usr/yrfashion1 | 156 | ebay.com/usr/zhanghongzhang |
| 157 | ebay.com/usr/zhanghuihui1989 | 158 | ebay.com/usr/zhangqi5486zhongkun |
| 159 | ebay.com/usr/zhangzeyi_1 | 160 | ebay.com/usr/zhengjj52585-4 |
| 161 | ebay.com/usr/zhii2288 | 162 | ebay.com/usr/zhon-7378 |
| 163 | ebay.com/usr/zhuang89 | 164 | ebay.com/usr/zhuch66 |
| 165 | ebay.com/usr/zuoti-86 | 166 | ebay.com/usr/zzx1979_3 |
| 167 | ebay.com/usr/5.14518 | 168 | ebay.com/usr/1485261 |
| 169 | ebay.com/usr/5073283 | 170 | ebay.com/usr/12newday12 |
| 171 | ebay.com/usr/2015chameleon | 172 | ebay.com/usr/2018_hot |
| 173 | ebay.com/usr/2020_hot | 174 | ebay.com/usr/4_02574 |
| 175 | ebay.com/usr/45kmo12cc8866521 | 176 | ebay.com/usr/5buy5uk |
| 177 | ebay.com/usr/5want4you | 178 | ebay.com/usr/88.rkggw |